546

Second Circuit granted. *Mr. Cletus Keating* for petitioner. *Mr. Theodore L. Bailey* for respondent.

No. 402. UNITED STATES *v.* GUARANTY TRUST CO. ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Hughes, Assistant to the Attorney General O'Brian,* and *Messrs. Claude R. Branch* and *Elmer B. Collins* for the United States. *Messrs. Joseph M. Hartfield, Edwin S. S. Sunderland, James H. McIntosh, Henry V. Poor, Charles Bunn, Warren S. Carter, Mortimer H. Boutelle,* and *Edward H. Blanc* for respondents.

No. 412. TODOK ET AL. *v.* UNION STATE BANK. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Nebraska granted. *Messrs. Frank E. Edgerton* and *Norris Brown* for petitioners. *Mr. Frank D. Williams* for respondent.

No. 425. PANAMA MAIL STEAMSHIP CO. *v.* VARGAS. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Thomas A. Thatcher* for petitioner. *Mr. H. W. Hutton* for respondent.

No. 275. VESTA BATTERY CORP. *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims granted and the case advanced for argument with case No. 127 as one case. *Mr. George M. Morris* for petitioner. *Solicitor General Hughes, Assist-*

ant Attorney General Galloway, and Messrs. Claude R. Branch and R. C. Williamson for the United States.

No. 329. GOOD SPRINGS ANCHOR CO. v. UNITED STATES. See ante, p. 515.

No. 414. WHITE, COLLECTOR, v. HOOD RUBBER CO. October 28, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. Solicitor General Hughes, and Messrs. Claude R. Branch, Sewall Key, and Barham R. Gary for petitioner. Messrs. Frank S. Bright and H. Stanley Hinrichs for respondent.

No. 423. COLLIE ET AL. v. FERGUSSON ET AL. October 28, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. Mr. Jacob L. Morewitz for petitioners. Mr. Leon T. Seawell for respondents.

No. 350. BASSICK MFG. CO. v. UNITED STATES;
No. 351. F. W. STEWART MFG. CO. v. SAME; and
No. 352. GEMCO MFG. CO. v. SAME. November 4, 1929. The petitions for writs of certiorari herein to the Court of Claims are granted, and the cases assigned for argument with cases Nos. 127 and 275, as one case. Mr. George M. Wilmeth for petitioners. Solicitor General Hughes, Assistant Attorney General Galloway, and Messrs. Claude R. Branch, R. C. Williamson, and W. Marvin Smith for the United States.